IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE SOLLAMI COMPANY,**

**Plaintiff,**

**v.**

**NOVATEK, INC.,**

**Defendant.**  No. 11-0603-DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that plaintiff has not filed its Rule 7.1 disclosure. Thus, the Court **DIRECTS** plaintiff to file the required disclosure on or before August 30, 2011.

**IT IS SO ORDERED.**

Signed this 16th day of August, 2011.

Digitally signed by
David R. Herndon
Date: 2011.08.16
10:58:26 -05'00'

**Chief Judge
United States District Court**