IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE SOLLAMI COMPANY,**

**Plaintiff/Counter Defendant,**

v.

**NOVATEK, INC.,**

**Defendant/Counter Claimant.**                              No. 11-0603-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. A review of the record indicates that Novatek, Inc. has not filed its Rule 7.1 disclosure. Thus, the Court **DIRECTS** Novatek, Inc. to file the required disclosure on or before October 27, 2011.

**IT IS SO ORDERED.**

Signed this 13th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.13 14:12:17 -05'00'

**Chief Judge**
**United States District Court**